1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | **MICHAEL FRANK MORGAN**           ) Case No.  CIV-11-2101 DAD
   | **xxx-xx-9453**                     )
12 |                                     )
   |                                     )
13 |                                     ) **STIPULATION AND**
   |                                     ) **ORDER EXTENDING PLAINTIFF'S**
14 |         **Plaintiff,**              ) **TIME TO FILE SUMMARY**
   |                                     ) **JUDGEMENT MOTION**
15 | **v.**                              )
   |                                     )
16 | **MICHAEL J. ASTRUE**               )
   | **Commissioner of Social Security** )
17 | **of the United States of America,**)
   |                                     )
18 |         **Defendant.**              )
   |                                     )
19 |_____)

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 plaintiff's time to file his summary judgment is hereby extended from April 30, 2012, to May 24, 2012.

22 This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five

23 cases due within the same three day period as plaintiff's brief.

24 / / / /

25 / / / /

26 / / / /

27

28

                                              1

1

2  Dated: April 24, 2012                     /s/Bess M. Brewer
                                             BESS M. BREWER
3                                            Attorney at Law

4                                            Attorney for Plaintiff

5

6
   Dated: April 24, 2012                     Benjamin B. Wagner
7
                                             United States Attorney
8
                                             Donna L. Calvert
9                                            Acting Regional Chief Counsel, Region IX
                                             Social Security Administration
10
                                             /s/ Daniel P. Talbert
11                                           Daniel P. Talbert

12                                           Special Assistant United States Attorney
                                             Attorneys for Defendant
13

14                                           **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: April 24, 2012.

17

18                                           _____
19                                           DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE
20

21

22

23
   DDAD1\orders.soc sec
24  morgan2101.sitpord.eot.wpd

25

26

27

28

2