1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL FRANK MORGAN**<br>**xxx-xx-9453**<br><br>         **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>         **Defendant.** | Case No. CIV-11-2101 DAD<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file his summary judgment is hereby extended from April 30, 2012, to May 24, 2012. This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five cases due within the same three day period as plaintiff's brief.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: April 24, 2012 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 24, 2012 | Benjamin B. Wagner<br>United States Attorney<br><br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/ Daniel P. Talbert<br>Daniel P. Talbert<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
morgan2101.sitpord.eot.wpd