1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
         160 Spear Street, Suite 800
6        San Francisco, California 94105
7        Telephone:  (415) 977-8926
         Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
11                           SACRAMENTO DIVISION

12
   MICHAEL MORGAN,              )   Case No. 2:11-CV-02101-DAD
13        Plaintiff,             )
                                 )
14 v.                            )   STIPULATION AND ORDER FOR
                                 )   A FIRST EXTENSION OF 30 DAYS FOR
15                               )   DEFENDANT TO FILE CROSS-MOTION
   MICHAEL J. ASTRUE,            )   FOR SUMMARY JUDGMENT
16 Commissioner of Social Security, )
        Defendant.                )
17 _____ )
18

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective
20 counsel of record, that Defendant shall have a first extension of time of 30 days to file his cross-
21 motion for summary judgment.  Counsel for Defendant requires additional time because of an
22 unusually heavy workload.  Counsel for Defendant will defend a deposition in San Francisco on
23 June 18; will take a deposition in San Diego on June 19; will travel to Washington, D.C., on June
24 20, and defend depositions in Falls Church, Virginia, and Baltimore on June 21 and June 22; and
25 will take a deposition in Phoenix on June 28.  Counsel for Defendant is also responding to
26 discovery requests in an EEOC case and two MSPB cases.
27      The current due date is June 25, 2012; the new due date will be July 25, 2012.  Counsel for
28 Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this

Stip. & Order for Extension              1

extension.

Respectfully submitted June 20, 2012.

Dated: June 18, 2012

Respectfully submitted,

*/s/ Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Date: June 20, 2012                By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

DATED: June 20, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\morgan2101.sitpord.eot2.wpd

Stip. & Order for Extension                2