BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL MORGAN,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:11-CV-02101-DAD<br><br>STIPULATION AND ORDER FOR<br>A FIRST EXTENSION OF 30 DAYS FOR<br>DEFENDANT TO FILE CROSS-MOTION<br>FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file his cross-motion for summary judgment.  Counsel for Defendant requires additional time because of an unusually heavy workload.  Counsel for Defendant will defend a deposition in San Francisco on June 18; will take a deposition in San Diego on June 19; will travel to Washington, D.C., on June 20, and defend depositions in Falls Church, Virginia, and Baltimore on June 21 and June 22; and will take a deposition in Phoenix on June 28.  Counsel for Defendant is also responding to discovery requests in an EEOC case and two MSPB cases.

    The current due date is June 25, 2012; the new due date will be July 25, 2012.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this

Stip. & Order for Extension                   1

extension.

    Respectfully submitted June 20, 2012.

|  |  |
|---|---|
| Dated: June 18, 2012 | Respectfully submitted,<br><br>*/s/ Bess Brewer*<br>(As authorized via email)<br>BESS BREWER<br>Attorney for Plaintiff |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: June 20, 2012 | By *s/ Daniel P. Talbert*<br>DANIEL P. TALBERT<br>Special Assistant U. S. Attorney |
|  | Attorneys for Defendant Michael J. Astrue |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: June 20, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\morgan2101.sitpord.eot2.wpd

Stip. & Order for Extension        2